FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 06, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RONALD SATISH EMRIT, SATISH DAT BEAT, <br><br> Plaintiffs, <br><br> v. <br><br> SABRINA CARPENTER, et al., <br><br> Defendants. | No.  2:26-CV-00271-MKD <br><br> ORDER DISMISSING CASE |

Plaintiffs filed a Complaint on June 26, 2026.  ECF No. 1.  Plaintiff Ronald Satish Emrit also filed an application to proceed *in forma pauperis*.  ECF No. 2.  A complaint filed by any party that seeks to proceed *in forma pauperis* under 28 U.S.C. § 1915(a) is subject to screening, and the Court must dismiss a complaint that is, among other things, frivolous.  28 U.S.C. § 1915(e)(2)(B); *see Lopez v. Smith*, 203 F.3d 1122, 1126-27 (9th Cir. 2000) (en banc).

ORDER - 1

Having reviewed Plaintiffs' allegations liberally, *see Capp v. Cnty. of San Diego*, 940 F.3d 1046, 1052 (9th Cir. 2019), the Court concludes Plaintiffs' Complaint is frivolous. *See Denton v. Hernandez*, 504 U.S. 25, 33 (1992) (noting a complaint is factually frivolous "when the facts alleged rise to the level of the irrational or the wholly incredible"); *Neitzke v. Williams*, 490 U.S. 319, 327-28 (1989) (noting a complaint is frivolous if its factual allegations are "clearly baseless," "fantastic," or "delusional"); *Molski v. Evergreen Dynasty Corp.*, 500 F.3d 1047, 1061 (9th Cir. 2007) (noting that a plaintiff "may cross the line into frivolous litigation by asserting facts that are grossly exaggerated or totally false").

The Court thus dismisses this action with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B). The Court further denies leave to amend. *See Lucas v. Cal. Dep't of Corr.*, 66 F.3d 245, 248 (9th Cir. 1995) (holding that when a court dismisses a *pro se* plaintiff's complaint, it must give the plaintiff leave to amend "[u]nless it is absolutely clear that no amendment can cure the defect" in the complaint).

Accordingly, **IT IS HEREBY ORDERED:**

1.      This action is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B).

2.      Plaintiff Ronald Satish Emrit's application to proceed *in forma pauperis*, **ECF No. 2**, is **DENIED as moot.**

ORDER - 2

3.    The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal of this Order would not be taken in good faith and would lack any arguable basis in law or fact.

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order, **enter judgment**, provide a copy to Plaintiffs, and **CLOSE** the file.

DATED July 6, 2026.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 3